UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Request from the United Kingdom )
    Pursuant to the Treaty Between the )
    Government of the United States of )
    America and the Government of the )   Case No. 6:08-mc-77-ORL-22DAB
    United Kingdom of Great Britain and )
    Northern Ireland on Mutual Legal )
    Assistance in Criminal Matters in )
    the Matter of NIGEL JOHN HUDSON )

## APPLICATION FOR ORDER PURSUANT TO THE TREATY ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America petitions this Court for an Order, pursuant to Article 5 of the Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters, 1994 WL 855115 (Treaty) [entered into force December 2, 1996], 28 U.S.C. § 1782, and its own inherent authority, appointing Assistant United States Attorney Bruce S. Ambrose as commissioner to collect

evidence from witnesses and to take such other action as is required to execute the attached request from the United Kingdom made pursuant to the Treaty. (Exhibit 1).

DATE: July 21, 2008

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: *[signature]*
Bruce S. Ambrose
Assistant United States Attorney
USA No. 075
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: Bruce.Ambrose@usdoj.gov